U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 15 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD J. MURRAY | CIVIL ACTION NO. 06-1143 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| UNITED STATES, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, **Doc. #11**, is GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 15th day of November, 2006.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**